22-mj-8131-PGL

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Meghan K. Ronayne, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("DHS/HSI"). I have been employed by HSI since August 2020 and I am currently assigned to the Office of the Special Agent in Charge ("SAC") in Boston, Massachusetts. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I received a certification in the Criminal Investigator Training Program and the HSI Special Agent Training Program. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A. I have conducted and participated in several investigations of violations of those statutes. I have also previously assisted in the execution of numerous federal search warrants in connection with these investigations. I have received training in the investigation of child exploitation offenses, including child pornography, and have reviewed examples of child pornography as defined in 18 U.S.C. § 2256.

2. This affidavit is submitted in support of an application for a criminal complaint against Donald J. Caruso ("CARUSO"), year of birth 1981, of Rockland, Massachusetts, charging CARUSO with a violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography) and a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography).

3. The statements contained in this affidavit are based upon my training and experience, personal observations, review of records, and the information provided by other law enforcement officers familiar with this investigation.

4. Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Additionally, where conversations and statements are related herein, they are set forth in substance and in pertinent part.

## BACKGROUND

5. Based on a lead from another law enforcement agency, HSI Boston began investigating the user of internet-based communications applications for the distribution of child sexual abuse material ("CSAM"). In the course of that investigation, the account user disseminated links to an agent operating undercover as a similar user of that platform. Those links led the agent to folders containing child pornography. Based on the investigation, which identified CARUSO as the likely user of the account, I obtained a federal warrant to search CARUSO's person and residence for evidence, fruits and instrumentalities of violations of 18 U.S.C. § 2252A. The affidavit submitted in support of those two search warrant applications is attached here as Sealed Exhibit A. See search warrant #s 22-mj-8117-PGL and 22-mj-8118-PGL.

## FEDERAL SEARCH WARRANTS

6. On November 4, 2022, in connection with this investigation, HSI obtained search warrants for the CARUSO's person and for CARUSO's Rockland residence. *See* search warrant #s 22-mj-8117-PGL and 22-mj-8118-PGL.

7. At approximately 6:04 am on November 7, 2022, HSI, together with Rockland Police, executed the search warrants. CARUSO was not present at the residence when law enforcement arrived. CARUSO's aunt and grandmother were inside the residence at the time of the search warrant execution. At approximately 6:20 am, law enforcement located CARUSO at his nearby place of employment. Law enforcement informed CARUSO that they had a search warrant for his person and for his residence and he returned to his residence with agents. CARUSO had a cell phone on his person when encountered by agents, which agents seized pursuant to the search warrant. The cell phone is a Samsung SM-A326U.

8. During the execution of the search warrants, agents provided CARUSO with his *Miranda* rights verbally, and in writing. After CARUSO acknowledged those rights and signed a waiver of those rights, he agreed to speak with law enforcement. The interview was audio recorded and occurred outside of the residence on a porch. When asked about his electronic devices, CARUSO stated that he has one cell phone, a laptop and a tablet. The investigation confirmed the cell phone is a Samsung SM-A326U, the laptop is a HP Model 17-ca1009cy, and the tablet is a Kindle tablet. When asked about his social media accounts, CARUSO identified the accounts that he maintained on Twitter, Wickr, and Telegram. The Twitter and Wickr accounts that he identified matched the accounts that the undercover HSI agent interacted with during the investigation. CARUSO also identified his Twitter account username. CARUSO stated that he had previous Twitter accounts but that they had recently been suspended for posting "offensive" content. CARUSO stated that he found out about Wickr through his use of his Twitter account. CARUSO admitted to using Wickr to send and receive child pornography. CARUSO admitted that the videos had come from Mega, a file sharing service that, based on my training experience, I know is frequently used by consumers of CSAM. When asked if he enjoyed watching the child

pornography content he received, CARUSO replied that he did enjoy it, and stated "it all spiraled from there." CARUSO further stated that he had also received child pornography on Telegram.

9. During the interview, CARUSO stated that he sends and receives child pornography on applications, including Wickr and Telegram, using his cell phone and laptop. CARUSO stated that he downloads and saves child pornography on both devices. CARUSO stated he has had the cell phone in his possession since February, 2022. CARUSO stated that he has had his laptop in his possession for a little over a year. CARUSO further stated that he is the only user of both his cell phone and laptop, and they are both password protected. CARUSO provided agents with his password to both devices.

10. As stated above, a Samsung SM-A326U cell phone was obtained from CARUSO. According to the information printed on the back of the phone, the device was manufactured in Vietnam. CARUSO provided the numeric passcode to access the device, and law enforcement conducted a preliminary forensic examination of the device. During the preliminary exam, agents discovered approximately 38 video files depicting child pornography. These files were found to be associated with the Telegram and Whatsapp applications.

11. By way of example, one of the video files located in a file path associated with the Telegram application is approximately 1 minute and 18 seconds in length, and as the video starts it depicts a prepubescent female, who appears to be approximately six to eight years old, with her pants partially pulled down to her thigh area, bending over on a bed. As the video continues, a nude adult male comes into view and takes hold of the prepubescent child by the shoulders, turns her around and places her on the bed on her back. The nude adult male the pulls the prepubescent child's pants down further, exposing her vaginal area. The nude adult male then moves the camera closer to the prepubescent child, and begins masturbating himself while simultaneously touching

the prepubescent child's vagina.  This action continues, and at one point the nude adult male moves closer to the prepubescent child and spreads her legs apart.  Eventually, the nude adult male is seen inserting his erect penis into the prepubescent female minor's mouth.

12. During the execution of the search warrant at the residence, agents located a HP Model 17 laptop computer in CARUSO's bedroom.  The laptop was off and was password protected.  CARUSO provided authorities with the password.  Agents conducted a preliminary forensic examination of the HP Model 17 laptop computer.  The markings on the outside of the laptop indicated that the device was made in China.  This laptop contained a Western Digital hard disk drive, and the markings on the drive indicated that it was made in Thailand.  During the preliminary examination of this Western Digital drive, agents discovered images and videos depicting child pornography.  These files were located in four different folders in the file path \Root\Users\donca\Desktop\.  These folders were entitled, Special, Special2, Special3, Special4.  Upon initial review, each of these folders contained over 2,000 images and videos, and some have file names that are descriptive of child pornography.  The contents of some of video files were reviewed and appear to depict child pornography.  For example, one of the files in the "Special3" folder is a video file that is approximately seven seconds in length, and it begins showing a close up of an adult erect penis.  As the video continues, a prepubescent female who appears to be approximately four to five years old moves over to the adult erect penis.  The adult erect penis is seen being placed in the prepubescent minor's mouth.

13. A preliminary search of some of the mega links that CARUSO previously sent to an undercover HSI agent on or about November 2, 2022, via Wickr, was conducted on the Western Digital hard drive from the HP laptop.  At least three of the same file names contained on one of the mega links were also located on the hard drive.  Law enforcement conducted a preliminary

search of that one mega link on the laptop and one of the video files that was located on that link is approximately 10 seconds in length, and it depicts a nude prepubescent female minor who appears to be approximately three to four years old.  The prepubescent minor female is seen nude from the waist down with her legs spread apart.  The camera is focused on the prepubescent female minor's vagina.  An erect adult penis is seen being directed by an adult hand, repeatedly slapping against the prepubescent minor female's vagina.

**CONCLUSION**

14. Based on the foregoing, I respectfully submit there is probable cause to believe that:

a. on or about November 2, 2022, CARUSO knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); and

b. on or about November 7, 2022, CARUSO knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C §§ 2252A(a)(5)(B) and (b)(2).

*Meghan K. Ronayne   /by Paul G. Levenson*
_____
Meghan K. Ronayne
Special Agent
Homeland Security Investigations

Sworn telephonically before me in accordance with Fed. Rule Crim. P. 4.1 this 7th day of November, 2022.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE